UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Shaninth Michael Ray,<br><br>　　　　Defendant. | Case No. 24-cr-3 PJS/ECW<br><br>**ORDER** |

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated April 25, 2024, all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS HEREBY ORDERED** that Defendant Shaninth Michael Ray's Motion to Dismiss (Dkt. 18) is **DENIED**.

DATED: May 15, 2024　　　　　　　　　　　　　*s/Patrick J. Schiltz*
　　　　　　　　　　　　　　　　　　　　　　　PATRICK J. SCHILTZ
　　　　　　　　　　　　　　　　　　　　　　　United States Chief District Judge